IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES of the CHICAGO REGIONAL )
COUNCIL OF CARPENTERS PENSION )
FUND, et al., )
                        Plaintiffs, )    Case No. 18 cv 4672
                                   )    Judge Charles Norgle
v.                                    )

COPPER CONSTRUCTION COMPANY, )
a dissolved Illinois corporation and )
STEVE NABOR, individually and d/b/a )
COPPER CONSTRUCTION, )
                        Defendants. )

## Motion for Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court to enter Judgment according to Fed. R. Civ. P. 55 and in support of this Motion the Plaintiffs state:

1. This is and ERISA trust fund case seeking delinquent contributions, interest, liquidated damages, dues check-off and attorney fees.

2. On September 13, 2018 this Court entered an Order of Default against the Defendants for their failure to answer the complaint and directed the Defendants to submit the outstanding reports and contributions. The Court also retained the jurisdiction to enter a final judgment for any outstanding contributions and the ERISA damages. (**Exhibit A**)

3. The Defendants submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $115,427.72 for the months of August 2018 through December 2018. The Defendants also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $4,755.38 for the period September 2018 through December 2018. (**Exhibit B**, affidavit of Kristina M. Guastaferri, CPA, Administrator, Chicago Regional Council of Carpenters Benefit Funds)

4.  The Defendants owe interest on the unpaid ERISA contributions in the amount of $1,287.32 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). **(Exhibit B)**

5.  The Defendants owes liquidated damages on the unpaid ERISA contributions in the amount of $15,228.07 for the period November 2017 through December 2018 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). **(Exhibit B)**

6.  The Defendants owes the sum of $5,783.50 for necessary and reasonable attorney fees and costs of $520.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). **(Exhibit C, affidavit of Daniel P. McAnally)**

WHEREFORE, Plaintiffs pray that their motion for judgment be granted in the amount of **$143,001.99** against both Defendants, jointly and severally.

>    Respectively submitted,
>
>    s/ Daniel P. McAnally
>    Attorney for Plaintiffs

McGann, Ketterman & Rioux
111 E. Wacker Drive - Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com

2