IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUESTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COPPER CONSTRUCTION COMPANY, a dissolved Illinois corporation and STEVE NABOR, individually and d/b/a COPPER CONSTRUCTION, <br><br> Defendants. | Case No. 18 cv 4672 <br> Judge Charles Norgle |

## Judgment Order

This matter coming on to be heard on the Plaintiffs' Motion for Judgment, due notice having been given and the Court having jurisdiction and being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendants, COPPER CONSTRUCTION COMPANY, a dissolved Illinois corporation and STEVE NABOR, individually and d/b/a COPPER CONSTRUCTION, both jointly and severally, in the sum of **$143,001.99** representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (08/18 - 12/18) | $115,427.72 |
| b) | Interest on ERISA Contributions | $1,287.32 |
| c) | Liquidated Damages ( 11/17 - 12/18) | $15,228.07 |
| d) | Union Dues ( 09/18 - 12/18) | $4,755.38 |
| e) | Attorney Fees and Costs | $6,303.50 |
| | **TOTAL** | **$143,001.99** |

Further, Plaintiffs shall be awarded their attorney fees and costs incurred in their attempts to collect on this judgment in the post-judgment supplemental proceedings.

ENTERED:

_____
CHARLES NORGLE
UNITED STATES DISTRICT JUDGE

DATED: 2/7/2019